IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Paul Joe Cramer,

    Plaintiff,

  v.                          Case No. 2:18-cv-62

Judge John A Vavra,

    Defendant.

ORDER

This matter is before the court for consideration of the January 26, 2018, report and recommendation of the magistrate judge. The magistrate judge conducted an initial screen of plaintiff's complaint pursuant to 28 U.S.C. §1915(e)(2). The magistrate judge recommended that plaintiff's complaint be dismissed for failure to state a claim on which relief may be granted, as his claims against the defendant are barred by the doctrine of judicial immunity.

The report and recommendation specifically advised plaintiff that the failure to object to the report and recommendation within fourteen days of the Report results in a "waiver of the right to *de novo* review . . . by the District Judge and waiver of the right to appeal the judgment of the District Court." Doc. 2, p. 5. The time period for filing objections to the report and recommendation has expired, and no objections have been filed.

The court agrees with the report and recommendation (Doc. 2) and it is hereby adopted. This action is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim on which relief may be granted.

It is so ordered.

Date: February 12, 2018        _____s/James L. Graham_____
                               James L. Graham
                               United States District Judge